UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM CURRY Jr., <br><br> Plaintiff, <br><br> v. <br><br> ELENA M LOPEZ, JOHN SCOTT, <br><br> Defendants. | No. C14-5876 RJB-KLS <br><br> ORDER |

The Court ordered plaintiff William Curry Jr. to file an amended complaint by November 28, 2014. Dkt. 6. Plaintiff asks for a thirty day extension of time, until December 28, 2014, to comply with the order. The request is reasonable and the undersigned grants plaintiff's motion. Plaintiff has until December 28, 2014, to file his proposed amended complaint for review.

**DATED** this 1st day of December, 2014.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1